## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

       **Jenzano, Nancy**          **: Chapter 13**

          **Debtor**           **:  16-17372 jkf**

### CERTIFICATE OF SERVICE

     I certify that on  June 11, 2017, copies of the **Debtor's Motion to Approve Realtor/Broker, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by  first class, regular U.S. mail, postage prepaid or by electronic means.

Dated:  June 11, 2017.

                 "/s/" Mitchell J. Prince
                 John L. McClain, Esquire
                 Mitchell J. Prince, Esquire
                 Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

RE/MAX Action Associates
by its designated licensee and realtor, Michael P. McDaid
403 W. Lincoln Highway, Suite 101
Exton, PA 19341

M&T Bank

c/o Thomas I. Puleo, Esquire

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106

tpuleo@kmllawgroup.com

Jenzano, Nancy

901 Stargazers Road
Coatesville, PA 19320