United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17372-jkf
Nancy Jenzano                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR          Page 1 of 1          Date Rcvd: Jul 20, 2017
                   Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
db             +Nancy Jenzano,    901 Stargazers Road,    Coatesville, PA 19320-4839
               +REMAX Action Associates,    by its Designated license and realtor,    Michael P. McDaid,
                 403 W. Lincoln Highway,    ste 101,    Exton, Pa 19341-2559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        JOHN L. MCCLAIN    on behalf of Debtor Nancy  Jenzano aaamcclain@aol.com,   edpabankcourt@aol.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                        TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

    **Jenzano, Nancy**              : Chapter 13

    **Debtor**                        : 16-17372 jkf

**ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER**

    **AND NOW,** this 20th day of July 2017, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

    Debtor is authorized to employ Broker RE/MAX Action Associates by its designated licensee and realtor, Michael P. McDaid ("realtor/broker") for the purpose of selling her property located at 901 Stargazers Road, Coatesville, PA 19320.

                                      BY THE COURT:

Dated: July 20, 2017                          _____
                                            Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Jenzano, Nancy
901 Stargazers Road
Coatesville, PA 19320

RE/MAX Action Associates
by its designated licensee and realtor, Michael P. McDaid
403 W. Lincoln Highway, Suite 101
Exton, PA 19341

M&T Bank

c/o Thomas I. Puleo, Esquire

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106

tpuleo@kmllawgroup.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106