**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Jenzano, Nancy**

       **Debtor**

                          :           16-17372

**CERTIFICATE OF SERVICE OF
<u>DEBTOR'S AMENDED CHAPTER 13 PLAN</u>**

    I certify that on  <u>October 17, 2017</u> , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>October 17, 2017</u>

                                    _"/s/"Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072