**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nancy Jenzano aka Nancy Ann Jenzano
　　　　　　　　　　　Debtor

M&T Bank
　　　　　　　v.
Nancy Jenzano aka Nancy Ann Jenzano
　　　　　　　and
William C. Miller Esq.
　　　　　　　Trustee

Chapter 13

NO. 16-17372 MDC

**ORDER**

　　　AND NOW, this 14th day of March, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 5, 2017 it is ORDERED AND DECREED that:

　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 901 Stargazers Road a/k/a 901 Star Gazer Road Coatesville, PA 19320.

　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Nancy Jenzano aka Nancy Ann Jenzano
901 Stargazers Road
Coatesville, PA 19320

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

John L. McClain Esq.
P.O. Box 123
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532