United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17372-mdc
Nancy Jenzano                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 1            Date Rcvd: Mar 14, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.
db         +Nancy Jenzano,    901 Stargazers Road,    Coatesville, PA 19320-4839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOHN L. MCCLAIN    on behalf of Debtor Nancy    Jenzano aaamcclain@aol.com, edpabankcourt@aol.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK KMcDonald@blankrome.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                       TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nancy Jenzano aka Nancy Ann Jenzano<br>Debtor<br><br>M&T Bank<br>v.<br>Nancy Jenzano aka Nancy Ann Jenzano<br>and<br>William C. Miller Esq.<br>Trustee | Chapter 13<br><br>NO. 16-17372 MDC |

**ORDER**

AND NOW, this 14th day of March, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 5, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 901 Stargazers Road a/k/a 901 Star Gazer Road Coatesville, PA 19320.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Nancy Jenzano aka Nancy Ann Jenzano
901 Stargazers Road
Coatesville, PA 19320

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

John L. McClain Esq.
P.O. Box 123
Narberth, PA 19072

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532