United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17372-mdc
Nancy Jenzano                                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2          Date Rcvd: Mar 15, 2018
                             Form ID: pdf900        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db             +Nancy Jenzano,    901 Stargazers Road,    Coatesville, PA 19320-4839
13810359       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13819039        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
13810361       +Chase Card Services,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
13810360       +Chase Card Services,    Correspondence Dept,    PO Box 15278,    Wilmington, DE 19850-5278
13810362       +Collection Specialists,    335 Gordon Dr,    Exton, PA 19341-1201
13810363       +Fst Collect,    Po Box 102,    Lewes, DE 19958-0102
13810364       +John L. McClain and Associates,     PO Box 123,    Narberth, PA 19072-0123
13810365       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13810367       +Medical Data Systems Inc,    MDS,    2001 9th Ave   Ste 312,    Vero beach, FL 32960-6413
13810369       +PECO,    PO Box 13439,    Philadelphia, PA 19101-3439
13810370       +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13810371       +Wells Fargo Bank Card,    MAC F8235-02F,    PO Box 10438,    Des Moines, IA 50306-0438
13873363        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:21   City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2018 01:32:14    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:28:38    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13810357       +E-mail/Text: bkrpt@retrievalmasters.com Mar 16 2018 01:32:07
                 AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13810358       +E-mail/Text: banko@berkscredit.com Mar 16 2018 01:31:58    Berks Credit & Collections,
                 PO Box 329,    Temple, PA 19560-0329
13810366        E-mail/Text: camanagement@mtb.com Mar 16 2018 01:31:59    M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
13825194        E-mail/Text: camanagement@mtb.com Mar 16 2018 01:31:59    M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13835612       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 16 2018 01:31:58    PECO Energy Company,
                 Attn:  Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13872807       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 01:28:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13811523       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2018 01:32:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                    TOTAL: 10
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13810368*      +Nancy Jenzano,    901 Stargazers Road,    Coatesville, PA 19320-4839
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2              User: DonnaR              Page 2 of 2              Date Rcvd: Mar 15, 2018
                                 Form ID: pdf900           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOHN L. MCCLAIN    on behalf of Debtor Nancy   Jenzano aaamcclain@aol.com,   edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK KMcDonald@blankrome.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : **Chapter 13**

      Jenzano, Nancy

      **Debtor**                              : **16-17372**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR <u>APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES</u>

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Trustee ,Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**..

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in #5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph-7 has-been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 payments in his possession to Debtor pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 3/15/18

                                              *Magdeline D. Coleman*
                                             Magdeline D. Coleman
                                             Bankruptcy Judge

John L. McClain and Associates
Attorney at Law
PO Box 123
Narberth, PA 19072-0123

Jenzano, Nancy
901 Stargazers Road
Coatesville, PA 19320

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

ALL CREDITORS